# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNIMIN CORPORATION | * | CIVIL ACTION NO.: 17-CV-00667- |
| | * | RFD-CBW |
| *Plaintiff,* | * | |
| | * | |
| v. | * | DISTRICT JUDGE: Rebecca F. Doherty |
| | * | |
| TRILOGY MINING AND DEVELOPMENT, | * | |
| LLC, ET AL. | * | MAGISTRATE JUDGE: Carol B. |
| | * | Whitehurst |
| *Defendants.* | * | |
| | * | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Unimin Corporation, and hereby dismisses all of its claims in the above-numbered and entitled proceedings against defendants, Matt Manticore, Manticore Resources, LLC and Ryne Poncik (collectively, "Manticore Defendants"), without prejudice.  The Manticore Defendants have not filed an answer or motion for summary judgment, thus, dismissal without an order of the court is proper under Fed. R. Civ. Proc. 41(a)(1)(A)(i).

Respectfully submitted:

*/s/ Brodie G. Glenn*
**DAVID L. CARRIGEE, T.A. (#3892)**
**LARRY E. MOBLEY (#29990)**
**BRODIE G. GLENN (#33152)**
**BALDWIN HASPEL BURKE & MAYER, LLC**
1100 Poydras Street, Suite 3600
New Orleans, LA  70163
Phone: (504) 569-2900 – Fax: (504) 569-2099
dcarrigee@bhbmlaw.com
lmobley@bhbmlaw.com
bglenn@bhbmlaw.com

*Attorneys for Plaintiff, Unimin Corporation*

1272808

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 7th day of July, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.  I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:  None.


_    /s/  Brodie G. Glenn_                                   

1272808