# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| **UNIMIN CORPORATION** | * | **CIVIL ACTION NO.: 6:17-CV-00667** |
| | * | |
| *Plaintiff,* | * | |
| | * | **DISTRICT JUDGE:** |
| **v.** | * | **REBECCA F. DOHERTY** |
| | * | |
| **TRILOGY MINING AND** | * | |
| **DEVELOPMENT, LLC, ET AL.** | * | **MAGISTRATE JUDGE:** |
| | * | **CAROL B. WHITEHURST** |
| *Defendants.* | * | |

## FIRST AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Unimin Corporation, and in support of this First Amended Complaint alleges as follows:

### Subject Matter Jurisdiction & Venue

1.      This Court has subject matter jurisdiction over this action pursuant to 18 U.S.C. § 1964 (the civil remedies jurisdictional provision of the Racketeer Influenced and Corrupt Organizations Act 18 U.S.C. § 1961 *et seq.* ("RICO")).

2.      This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, as there is complete diversity amongst the plaintiff and defendants and the amount in dispute exceeds $75,000.00.

3.      This Court has subject matter jurisdiction over all other claims that form part of this same case or controversy pursuant to 28 U.S.C. § 1367.

4.      Venue is proper in this judicial district pursuant to 18 U.S.C. § 1965 and 28 U.S.C. § 1391 because defendant Trilogy Mining and Development, LLC, is subject to personal jurisdiction in this judicial district and is domiciled in St. Mary Parish.

## Parties

### Plaintiff

5.      Plaintiff, Unimin Corporation ("Unimin"), is a Delaware corporation with its principal place of business in New Canaan, Connecticut.

6.      Unimin is a producer and supplier of specialized sand known as "proppant" used in the hydraulic fracturing process.

### Defendants

#### *The Trilogy Defendants*

7.      Defendant, Trilogy Mining and Development, LLC ("Trilogy"), is a Louisiana limited liability company with its principal place of business in Morgan City, Louisiana.

8.      Trilogy is a proppant broker that arranges sales between sellers and buyers, such as drilling service companies and other brokers.

9.      Defendant, Joel a/k/a "Joey" Short ("Short"), is, on information and belief, an individual of the age of majority domiciled and residing in Louisiana.

10.      Short is a principal, employee, and/or agent of Trilogy.

11.      Defendant, Gordon Rice ("Rice"), is, on information and belief, an individual of the age of majority domiciled and residing in Louisiana.

12.      Rice is a principal, employee, and/or agent of Trilogy.

13.      Defendant, David Leachman ("Leachman"), is, on information and belief, an individual of the age of majority domiciled and residing in Louisiana.

14.      Leachman is a principal, employee, and/or agent of Trilogy.

#### *The Nexus Defendants*

15.      Defendant, Nexus Energy Power Group, Inc. ("Nexus"), is a California corporation with its principal place of business in Claremont, California.

16.     Nexus is a proppant broker that arranges sales between sellers and buyers, such as drilling service companies and other brokers.

17.     Defendant, Anthony Toney ("Toney"), is, on information and belief, an individual of the age of majority domiciled and residing in California.

18.     Toney is a principal, employee, and/or agent of Nexus.

19.     Defendant, Zhemin Wang aka Benjamin Wang ("Wang"), is, upon information and belief, an individual of the age of majority domiciled and residing in California.

20.     Wang is a principal, employee, and/or agent of Nexus

<u>Factual Allegations Common to All Counts</u>

The RICO Enterprise

21.     The RICO Enterprise consists of Trilogy, Short, Rice, and Leachman (collectively, the "Trilogy Defendants") and Nexus, Toney, and Wang (collectively, the "Nexus Defendants") (the Trilogy Defendants and Nexus Defendants are collectively referred to as "Defendants").

22.     Defendants actively and knowingly, directly or indirectly, participated in a scheme to defraud and harm Unimin by causing proppant to be acquired and shipped, without authorization and under false pretenses.

23.     Defendants conspired to steal proppant through the use of wire and mail fraud, and other predicate RICO acts affecting interstate commerce.  Defendants perpetuated and benefited from the RICO Enterprise through a pattern of racketeering activity in violation of 18 U.S.C. §§ 1962(a) and (c).

24.     Defendants knowingly and willfully conducted or participated, directly or indirectly, in the conduct of the affairs of the RICO Enterprise, and in furtherance thereof committed two or more predicate acts after having come to a mutual understanding to attempt to

accomplish a common and unlawful plan while being associated with the RICO Enterprise.  The actions of Defendants against Unimin, as described herein, were in furtherance of Defendants' conspiracy in violation of 18 U.S.C. § 1962(d).

25.     The RICO Enterprise was the passive instrument of Defendants' racketeering activities and constitutes an "enterprise" as that term is defined in 18 U.S.C. § 1961(4), separate and distinct from the individual Defendants named herein.

26.     Defendants and others, known and unknown, who were associated with the RICO Enterprise, which was and is engaged in activities which affected and affect interstate commerce, unlawfully and knowingly conducted or participated, directly or indirectly, in the affairs of the RICO Enterprise through a pattern of racketeering activity by committing two or more separate but related predicate acts of racketeering as described herein.

27.     Defendants' predicate acts constitute a threat of continuing racketeering activity as the RICO Enterprise.  In fact, upon information and belief, Defendants engaged in similar unlawful activities with other vendors of proppant.

28.     Unimin was directly injured by Defendants' racketeering activity which resulted in lost profits and damages exceeding $75,000.00.

**The Fraudulent Scheme in General**

29.     In March of 2017, it came to Unimin's attention that certain entities had conspired to steal tons of proppant from its terminal in Odessa, Texas.

30.     On or about March 6, 2017, Unimin discovered the thefts and the scheme used to perpetrate them when a terminal employee learned that several orders of Unimin sand had been picked up that day to be delivered to an entity that either was not a customer of Unimin, or was not the customer to whom the sand was sold, as identified in the Bill of Lading ("BL").

31.     Unimin   investigated   the   matter   and   discovered   hundreds   of   fraudulent

transactions that had resulted in the theft of thousands of tons of its sand.

32.     Generally, the scheme used to steal the proppant involved an entity or entities obtaining unauthorized access to Unimin customers' active Purchase Orders ("PO's") and utilizing those PO's to pick up sand at Unimin's terminal and deliver it to an end user and location other than to the end user and location identified in the PO and BL.

33.     More specifically, a truck driver would appear at Unimin's terminal who would provide the terminal operator with information sufficient to cause the terminal operator to believe that the driver was authorized to pick up sand purchased under an active PO issued by a Unimin customer. The information used by the driver to pick up the sand was provided by or through one or more of the Defendants.  The order would be filled pursuant to that PO (the terminal operator employee having determined that the PO number was correct and active, and the volume requested was correct).  However, the truck driver, in accordance with instructions provided to the truck driver but unbeknownst to Unimin or the terminal operator, would depart with the sand and deliver it to an entity other than the entity for which the sand was intended.

34.     On information and belief, one or more of the Nexus Defendants marketed the Unimin sand to one or more of the Trilogy Defendants, which marketed it to Manticore Resources, LLC ("Manticore"), another proppant broker, which marketed it to two of the three end users which purchased and received the sand.

35.     In another instance, one or more of the Nexus Defendants marketed the sand to one or more of the Trilogy Defendants, which marketed it to the end user who purchased and received the sand.

36.     In at least one instance, the end user, Python, paid Trilogy, who paid Nexus.

37.     On information and belief, other end users paid Manticore, which paid Trilogy, which may or may not have paid Nexus.

38.     Unimin had no agreement with any Trilogy Defendant to market or sell Unimin sand.

39.     Unimin had no agreement with Manticore to market or sell Unimin sand.

40.     Unimin had no agreement with any Nexus Defendant to market or sell Unimin sand.

41.     All of the actions complained of that were conducted by the Trilogy Defendants were conducted without Unimin's knowledge or consent.

42.     All of the actions complained of that were conducted by Manticore were conducted without Unimin's knowledge or consent.

43.     All of the actions complained of that were conducted by the Nexus Defendants were conducted without Unimin's knowledge or consent.

44.     The full history, scope, and nature of Trilogy's and Nexus's business relationship is unknown at this time.

45.     On information and belief, on February 1, 2017, Nexus sent Invoice No. 020117-Trilo to Trilogy for 8,300 tons of 40-70 Northern White Sand at a total cost of $680,600.00.

46.     On information and belief, Nexus delivered the aforementioned Invoice to Trilogy via the mail or the wires of the United States.

47.     On information and belief, on February 23, 2017, Trilogy, on information and belief, issued a cashier's check to Nexus for $131,200.00.

48.     On information and belief, in mid to late February, 2017, Manticore learned through a mutual connection that Trilogy was marketing proppant, which at that time was in relatively short supply.

49.     On information and belief, Manticore met with Trilogy principals, Rice, Leachman, and Short, who explained that Trilogy had access to and the ability to sell proppant

from several providers, including Unimin.

50.     On information and belief, Trilogy explained to Manticore that this sand was being marketed and sold to them by the Nexus Defendants.

51.     On information and belief, based on Trilogy's representations, Manticore agreed to purchase proppant from Trilogy at $91.50-$93.00 per ton.

52.     On information and belief, on February 28, 2017, Manticore and Trilogy conducted an email exchange whereby Manticore was established as a customer in Trilogy's accounting system.

53.     On information and belief, Manticore was asked by Leachman to provide three credit references and banking information.

54.     On information and belief, on March 1, 2017, Manticore emailed Leachman inquiring about the amount of sand available for purchase.

55.     Leachman responded that same date that he would not know how much sand was available until Nexus let him know later that morning.

56.     On information and belief, later on March 1, 2017,  Manticore placed an order, via email, for 8,000 tons of proppant under two separate PO's.

57.     On information and belief, on March 1, 2017, Trilogy sent, via email, Invoice No. 03012017 to Manticore in the total amount of $366,000.00 for 4,000 tons of sand.

58.     On information and belief, on March 1, 2017, Manticore wired Trilogy $366,000.00.

59.     On information and belief, on March 1, 2017, Manticore sent Trilogy, via email, one of its customer's PO, 05-SAND-10512, for 4,000 tons of sand.

60.     On information and belief, on March 2, 2017, Trilogy, on information and belief, made two wires of funds totaling $475,200.00 to Nexus's bank account.

61.     On information and belief, on March 2, 2017, Manticore sent Trilogy, via email, a second PO, 05-SAND-10521, for 4,000 tons of sand.

62.      On information and belief, on March 3, 2017, Trilogy sent, via email, Invoice No. 03032017 to Manticore in the total amount of $762,600.00.

63.     On information and belief, on March 3, 2017, Trilogy sent, via email, Purchase Order 03032017 to Nexus for a total of 8,200 tons of 40/70 Northern White Sand for a total price of $705,200.00.

64.     On information and belief, on March 3, 2017, Manticore wired Trilogy $372,000.00.

65.     On information and belief, on March 6, 2017, Trilogy, on information and belief, wired $344,000.00 to Nexus's bank account.

66.     On information and belief, on March 7, 2017, Trilogy sent, via email, Invoice No. 030717 to Manticore for 3,000 tons of 40/70 Northern White Sand for a total price of $279,000.00.

67.     On information and belief, on March 7, 2017, Trilogy sent, via email, Invoice No. 2-030717 to Manticore for 1,000 tons of 40/70 Northern White Sand for a total price of $93,000.00.

68.     On information and belief, on March 7, 2017, Trilogy sent, via email, Invoice No. 3-030717 to Manticore for 1,000 tons of 40/70 Northern White Sand for a total price of $93,000.00.

69.     On information and belief, on March 7, 2017, Trilogy sent, via email, Invoice No. 4-030717 to Manticore for 6,500 tons of 40/70 Northern White Sand for a total price of $604,500.00.

70.     On information and belief, on March 7, 2017, Trilogy sent, via email, Invoice No.

5-030717 to Manticore for 1,500 tons of 40/70 Northern White Sand for a total price of $139,500.00.

71.     On information and belief, on March 7, 2017, Trilogy sent, via email, Invoice No. 6-030717 to Manticore for 3,000 tons of 40/70 Northern White Sand for a total price of $279,000.00.

72.     On information and belief, on March 7, 2017, Manticore wired Trilogy $300,000.00.

73.     On information and belief, on March 7, 2017, Manticore emailed Trilogy eight more of its client's PO's to acquire additional sand.

74.     On information and belief, on March 8, 2017, Manticore wired Trilogy $90,600.

75.     On information and belief, on March 10, 2017, Trilogy, on information and belief, wired $189,200.00 to Nexus's bank account.

76.     On information and belief, Manticore arranged trucking companies to pick up the sand at Unimin's Pronto, Texas, terminal and deliver it to Manticore's customers.

77.     According to Manticore, when the trucks arrived at Unimin's terminal, the PO's provided by Manticore to Trilogy were given to the terminal operator.

78.     On information and belief, the operator informed the driver that the PO's were not recognized and no sand would be allowed to leave the yard under those PO's.

79.     On information and belief, Manticore contacted Trilogy, which provided different PO's to use at Unimin's terminal.

80.     On information and belief, Trilogy explained to Manticore, on the telephone, that it had arranged with Unimin to use older PO's that still had balances of sand to be drawn down. Once these PO's were fully depleted, another PO would be provided to Manticore by Trilogy.

81.     Nothing in the foregoing paragraph was true.  There was no such arrangement

with Unimin.

82.     On information and belief, on March 3, 2017 at 8:03 a.m., Leachman emailed Toney, Short, and others, informing them that its client, presumably Manticore, would begin picking up sand the following day, March 4.

83.     On information and belief, on March 3, 2017 at 9:13 p.m., Short sent a text message to Manticore to use PO number 4500002851 at Unimin's facility.

84.     On information and belief, Manticore provided the foregoing PO to a trucking company, which used that PO to successfully acquire tons of sand from Unimin and deliver it to Manticore's customers.

85.     On information and belief, on March 5, 2017 at 12:59 p.m., Leachman sent a text message to Manticore to use PO number 4250245415 at Unimin's facility.

86.     On information and belief, Manticore provided the foregoing PO to a trucking company, which used that PO to successfully acquire tons of sand from Unimin and deliver it to Manticore's customers.

87.     On information and belief, in addition to the PO's provided by Trilogy that were used at Unimin's facility, Leachman and Short provided many other PO's that Manticore used to acquire sand at other sand providers' facilities.

88.     On information and belief, Manticore ultimately discovered these transactions were fraudulent and ceased all pending orders and deliveries of sand.

89.     On information and belief, Manticore requested a full refund from Trilogy.

90.     On information and belief, on March 10, 2017, Trilogy wired $204,600.00 to Manticore in partial refund of the amounts paid by Manticore.

91.     On information and belief, no additional amounts were refunded to Manticore.

92.     On information and belief, the Trilogy Defendants either kept the amount paid by

Manticore or transferred some or all of it to the Nexus Defendants.

93.     On information and belief, Manticore never had any direct contact with any of the Nexus Defendants.

94.     On information and belief, all of Manticore's contact was with the Trilogy Defendants.

### The Fraudulent Acquisitions of Unimin Sand

95.     On February 25, 2017, a truck bearing identification number HRT 7439 acquired 24.05 tons of sand and delivered it to Propetro Services, Inc. ("Propetro").  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229336.

96.     On February 25, 2017, a truck bearing identification number HRT 24 acquired 23.55 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229427.

97.     On February 25, 2017, a truck bearing identification number HRT 5114 acquired 23.19 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229529.

98.     On February 25, 2017, a truck bearing identification number HRT 007 acquired 24.09 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229543.

99.     On February 25, 2017, a truck bearing identification number HRT 5645 acquired

24.11 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229556.

100.    On February 25, 2017, a truck bearing identification number HRT 2008 acquired 23.51 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229686.

101.    On February 25, 2017, a truck bearing identification number HRT 5034 acquired 23.34 tons of sand under and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229521.

102.    On February 25, 2017, a truck bearing identification number HRT 06 acquired 23.51 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229525.

103.    On March 3, 2017, a truck bearing identification number HRT 302 acquired 23.92 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242368.

104.    On March 3, 2017, a truck bearing identification number HRT 06 acquired 23.46 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242355.

105.    On March 3, 2017, a truck bearing identification number HTC 5158 acquired

23.68 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242361.

106.    On March 3, 2017, a truck bearing identification number HRT 5667 acquired 24.00 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242361.

107.    On March 4, 2017, a truck bearing identification number HRT 5619 acquired 23.59 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242365.

108.    On March 4, 2017, a truck bearing identification number HRT 5619 acquired 23.59 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242399.

109.    On March 4, 2017, a truck bearing identification number HRT 2030 acquired 23.42 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242423.

110.    On March 4, 2017, a truck bearing identification number HRT 825 acquired 23.05 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242426.

111.    On March 4, 2017, a truck bearing identification number HRT 1209 acquired

25.02 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242526.

113.    On March 4, 2017, a truck bearing identification number HRT 5718 acquired 23.99 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242373.

113.    On March 4, 2017, a truck bearing identification number HRT 05   acquired 23.69 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242384.

114.    On March 4, 2017, a truck bearing identification number HRT 42   acquired 23.98 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick of the sand and resulted in the generation of fraudulent BL 242424.

115.    On March 4, 2017, a truck bearing identification number HRT 4101 acquired 23.46 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242379.

116.    On March 4, 2017, a truck bearing identification number HRT 2008 acquired 23.68 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick of the sand and resulted in the generation of fraudulent BL 242374.

117.    On March 4, 2017, a truck bearing identification number HRT 24   acquired 23.47

tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242376.

118.     On March 4, 2017, a truck bearing identification number HRT 001 acquired 24.91 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick of the sand and resulted in the generation of fraudulent BL 242389.

119.     On March 4, 2017, a truck bearing identification number HRT 5155 acquired 23.51 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242372.

120.     On March 5, 2017, a truck bearing identification number AET 5534 acquired 23.53 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243656.

121.     On March 5, 2017, a truck bearing identification number AET 5045 acquired 23.17 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick of the sand and resulted in the generation of fraudulent BL 243998.

122.     On March 5, 2017, a truck bearing identification number AET 5615 acquired 23.06 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243662.

123.     On March 5, 2017, a truck bearing identification number AET 5615 acquired

22.96 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick of the sand and resulted in the generation of fraudulent BL 244002.

124.    On March 5, 2017, a truck bearing identification number AET 5511 acquired 23.53 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243645.

125.    On March 5, 2017, a truck bearing identification number AET 5095 acquired 23.03 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243654.

126.    On March 5, 2017, a truck bearing identification number AET 1085 acquired 24.58 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick of the sand and resulted in the generation of fraudulent BL 243692.

127.    On March 5, 2017, a truck bearing identification number AET 5561 acquired 23.55 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243699.

128.    On March 5, 2017, a truck bearing identification number AET 5480 acquired 23.06 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243859.

129.    On March 5, 2017, a truck bearing identification number AET 5534 acquired

23.51 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243980.

130.     On March 5, 2017, a truck bearing identification number AET 5511 acquired 23.52 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243988.

131.     On March 5, 2017, a truck bearing identification number HRT 1209 acquired 24.03 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243843.

132.     On March 5, 2017, a truck bearing identification number HRT 05   acquired 23.77 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243860.

133.     On March 5, 2017, a truck bearing identification number HRT 4101 acquired 23.51 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243862.

134.     On March 5, 2017, a truck bearing identification number AET 5552 acquired 23.02 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243933.

135.     On March 5, 2017, a truck bearing identification number AET 5557 acquired

23.03 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243680

136.    On March 5, 2017, a truck bearing identification number AET 5565 acquired 23.47 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244049.

137.    On March 6, 2017, a truck bearing identification number HRT 80  acquired 24.01 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127589.

138.    On March 6, 2017, a truck bearing identification number HRT 2030 acquired 23.50 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127585.

139.    On March 6, 2017, a truck bearing identification number HRT 5718 acquired 23.98 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick of the sand and resulted in the generation of fraudulent BL 3127569.

140.    On March 6, 2017, a truck bearing identification number HRT 5683 acquired 23.86 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127567.

141.    On March 6, 2017, a truck bearing identification number HRT 014 acquired 23.90

tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127565.

142.    On March 6, 2017, a truck bearing identification number HRT 5657 acquired 24.09 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244767.

143.    On March 6, 2017, a truck bearing identification number HRT 5108 acquired 24.02 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127588.

144.    On March 6, 2017, a truck bearing identification number HRT 5619 acquired 23.74 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127566.

145.    On March 6, 2017, a truck bearing identification number AET 1066 acquired 23.51 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127564.

146.    On March 6, 2017, a truck bearing identification number HRT 3215 acquired 24.00 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127590.

147.    On March 6, 2017, a truck bearing identification number HRT 5645 acquired

23.75 tons of sand and delivered it to Propetro.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127591.

148.    On March 3, 2017, a truck bearing identification number RKI 1023 acquired 23.56 tons of sand and delivered it to Python Pressure Pumping ("Python").  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240134.

149.    On March 3, 2017, a truck bearing identification number ACT 9286 acquired 22.85 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242324.

150.    On March 3, 2017, a truck bearing identification number RKI 1037 acquired 23.46 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240148

151.    On March 4, 2017, a truck bearing identification number RKT 309 acquired 23.42 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242563.

152.    On March 4, 2017, a truck bearing identification number 3PT 260 acquired 23.07 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243014.

153.    On March 4, 2017, a truck bearing identification number ACT 9286 acquired 23.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242504.

154.    On March 4, 2017, a truck bearing identification number 3PT 927  acquired 23.05 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242834.

155.    On March 4, 2017, a truck bearing identification number 3PT 1 acquired 24.00 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242870.

156.    On March 4, 2017, a truck bearing identification number 3PT 260 acquired 23.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242487.

157.    On March 4, 2017, a truck bearing identification number HTC 210500 acquired 23.56 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242954.

158.    On March 4, 2017, a truck bearing identification number HTC 517 acquired 23.08 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243004.

159.     On March 4, 2017, a truck bearing identification number RKT 716 acquired 23.01 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242413.

160.     On March 4, 2017, a truck bearing identification number RKT 716 acquired 23.10 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242885.

161.     On March 4, 2017, a truck bearing identification number RKT 674 acquired 23.55 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242921.

162.     On March 4, 2017, a truck bearing identification number SPT 20X acquired 23.29 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 2429992.

163.     On March 4, 2017, a truck bearing identification number RKT 220 acquired 23.10 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242914.

164.     On March 4, 2017, a truck bearing identification number RKT 404 acquired 23.57 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242918.

165.     On March 4, 2017, a truck bearing identification number HTC 4000 acquired 23.57 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242949.

166.     On March 4, 2017, a truck bearing identification number ACT 9284 acquired 23.33 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242957.

167.     On March 4, 2017, a truck bearing identification number ACT 9285 acquired 23.35 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242635.

168.     On March 4, 2017, a truck bearing identification number HTC 5000 acquired 23.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243010.

169.     On February 25, 2017, a truck bearing identification number 3PT 927 acquired 23.95 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229760.

170.     On February 25, 2017, a truck bearing identification number 3PT 1 acquired 23.96 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229764.

171.     On February 25, 2017, a truck bearing identification number APH 339 acquired 24.01 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229754.

172.     On February 25, 2017, a truck bearing identification number 3PT 20XA acquired 24.04 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229769.

173.     On February 25, 2017, a truck bearing identification number ACT 9282 acquired 24.05 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229772.

174.     On February 25, 2017, a truck bearing identification number ACT 9285 acquired 24.00 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick of the sand and resulted in the generation of fraudulent BL 229774.

175.     On February 25, 2017, a truck bearing identification number 3PT 879 acquired 23.94 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 229766.

176.     On February 26, 2017, a truck bearing identification number ACT 9283 acquired 22.74 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230388.

177.     On February 26, 2017, a truck bearing identification number ACT 9282 acquired 23.26 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230393.

178.     On February 26, 2017, a truck bearing identification number ACT 9284 acquired 23.28 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230308.

179.     On February 26, 2017, a truck bearing identification number TPT 260 acquired 23.05 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230141.

180.     On February 26, 2017, a truck bearing identification number 3PT 1 acquired 24.00 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230356.

181.     On February 26, 2017, a truck bearing identification number RKT 176 acquired 23.71 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230461.

182.     On February 26, 2017, a truck bearing identification number ACT 9285 acquired 22.54 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230392.

183.     On February 26, 2017, a truck bearing identification number 3PT 20X acquired 22.97 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230365.

184.     On February 26, 2017, a truck bearing identification number 3PT 879 acquired 23.29 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230368.

185.     On February 27, 2017, a truck bearing identification number 3PT 339 acquired 23.04 tons of sand and delivered it to Python. Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 231849.

186.     On February 27, 2017, a truck bearing identification number 3PT 879 acquired 23.34 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230532.

187.     On February 27, 2017, a truck bearing identification number 3PT 20X acquired 23.28 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230530.

188.     On February 27, 2017, a truck bearing identification number RKT 5107 acquired 23.12 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 231811.

189.     On February 27, 2017, a truck bearing identification number RKM 176 acquired 23.57 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 231814.

190.     On February 27, 2017, a truck bearing identification number 3PT 20X acquired 23.25 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 232949.

191.     On February 27, 2017, a truck bearing identification number 3PT 360 acquired 23.55 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230549.

192.     On February 27, 2017, a truck bearing identification number 3PT 927 acquired 23.08 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 231875.

193.     On February 27, 2017, a truck bearing identification number ACT 9285 acquired 23.26 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 232975.

194.     On February 27, 2017, a truck bearing identification number ACT 9284 acquired 23.26 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230575.

195. On February 27, 2017, a truck bearing identification number ACT 9283 acquired 23.32 tons of sand and delivered it to Python. Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230582.

196. On February 27, 2017, a truck bearing identification number RMT 676 acquired 23.56 tons of sand and delivered it to Python. Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 232083.

197. On February 27, 2017, a truck bearing identification number 3PT 1 acquired 23.99 tons of sand and delivered it to Python. Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233149.

198. On February 27, 2017, a truck bearing identification number ACT 9282 acquired 23.31 tons of sand and delivered it to Python. Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230569.

199. On February 27, 2017, a truck bearing identification number ACT 9285 acquired 23.30 tons of sand and delivered it to Python. Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 230570.

200. On February 27, 2017, a truck bearing identification number RMT 163 acquired 23.02 tons of sand and delivered it to Python. Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 231845.

201.    On February 27, 2017, a truck bearing identification number RKT 176 acquired 23.53 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233134.

202.    On February 28, 2017, a truck bearing identification number ACT 9284 acquired 23.11 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233217.

203.    On February 28, 2017, a truck bearing identification number 3PT 1 acquired 24.01 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233582.

204.    On February 28, 2017, a truck bearing identification number RKT 5107 acquired 22.92 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233168.

205.    On February 28, 2017, a truck bearing identification number RKT 174 acquired 23.08 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233176.

206.    On February 28, 2017, a truck bearing identification number RKT 176 acquired 23.62 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 234534.

207.     On February 28, 2017, a truck bearing identification number 3PT 339 acquired 22.91 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233248.

208.     On February 28, 2017, a truck bearing identification number ACT 9285 acquired 23.51 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 234596.

209.     On February 28, 2017, a truck bearing identification number RKT 220 acquired 23.70 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233241.

210.     On February 28, 2017, a truck bearing identification number 3PT 879 acquired 23.31 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 234588.

211.     On February 28, 2017, a truck bearing identification number ACT 9285 acquired 23.30 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233214.

212.     On February 28, 2017, a truck bearing identification number ACT 9284 acquired 23.34 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 234927.

213.     On February 28, 2017, a truck bearing identification number 3PT 20X acquired 22.90 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 235260.

214.     On February 28, 2017, a truck bearing identification number 3PT 339 acquired 22.96 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 235261.

215.     On February 28, 2017, a truck bearing identification number RKT 163 acquired 23.07 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233165.

216.     On February 28, 2017, a truck bearing identification number 3PT 927 acquired 23.11 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233197.

217.     On February 28, 2017, a truck bearing identification number 3PT 20X acquired 23.09 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 233245.

218.     On February 28, 2017, a truck bearing identification number HTC 204 acquired 23.30 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 234760.

219.    On March 1, 2017, a truck bearing identification number HTC 210500 acquired 23.38 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 235396.

220.    On March 1, 2017, a truck bearing identification number RKT 174 acquired 23.10 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 237367.

221.    On March 1, 2017, a truck bearing identification number HTC 517 acquired 23.07 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 237383.

222.    On March 1, 2017, a truck bearing identification number 3PT 879 acquired 23.27 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 236603.

223.    On March 1, 2017, a truck bearing identification number HTC 5000 acquired 23.25 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 237384.

224.    On March 1, 2017, a truck bearing identification number ACT 9285 acquired 23.30 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 236690.

225.     On March 1, 2017, a truck bearing identification number HTC 4000 acquired 23.32 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 237021.

226.     On March 1, 2017, a truck bearing identification number RKT 176 acquired 23.55 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 237412.

227.     On March 1, 2017, a truck bearing identification number 3PT 927 acquired 22.96 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 236707.

228.     On March 1, 2017, a truck bearing identification number 3PT 20X acquired 23.29 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 237017.

229.     On March 1, 2017, a truck bearing identification number ACT 9284 acquired 23.36 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 237381.

230.     On March 1, 2017, a truck bearing identification number 3PT 339 acquired 23.34 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 236696.

231.    On March 1, 2017, a truck bearing identification number ACT 9284 acquired 23.23 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239327.

232.    On March 2, 2017, a truck bearing identification number RKT 220 acquired 23.31 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239158.

233.    On March 2, 2017, a truck bearing identification number HTC 3187 acquired 23.00 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239633.

234.    On March 2, 2017, a truck bearing identification number 3PT 879 acquired 23.32 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239259.

235.    On March 2, 2017, a truck bearing identification number 3PT 1 acquired 24.02 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239269.

236.    On March 2, 2017, a truck bearing identification number HTC 517 acquired 23.04 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239487.

237.    On March 2, 2017, a truck bearing identification number ACT 9285 acquired 23.04 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 238849.

238.    On March 2, 2017, a truck bearing identification number HTC 4000 acquired 23.56 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239541.

239.    On March 2, 2017, a truck bearing identification number 3PT 927 acquired 23.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 238781.

240.    On March 2, 2017, a truck bearing identification number 3PT 20X acquired 23.30 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239673.

241.    On March 2, 2017, a truck bearing identification number 3PT 1 acquired 24.00 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240050.

242.    On March 2, 2017, a truck bearing identification number 3PT 879 acquired 23.33 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240055.

243.     On March 2, 2017, a truck bearing identification number ACT 9284 acquired 23.23 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240020.

244.     On March 2, 2017, a truck bearing identification number 3PT 339 acquired 23.10 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 239928.

245.     On March 3, 2017, a truck bearing identification number RKT 176 acquired 23.52 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240316.

246.     On March 3, 2017, a truck bearing identification number 3PT 927 acquired 22.94 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240834.

247.     On March 3, 2017, a truck bearing identification number 3PT 339 acquired 23.02 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240170.

248.     On March 3, 2017, a truck bearing identification number 3PT 360 acquired 23.00 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240351.

249.     On March 3, 2017, a truck bearing identification number 4KT 163 acquired 23.01 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 241563.

250.     On March 3, 2017, a truck bearing identification number HTC 5000 acquired 23.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 242019.

251.     On March 3, 2017, a truck bearing identification number RKT 716 acquired 23.11 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240143.

252.     On March 3, 2017, a truck bearing identification number HTC 4000 acquired 23.57 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240156.

253.     On March 3, 2017, a truck bearing identification number ACT 9286 acquired 23.14 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240176.

254.     On March 3, 2017, a truck bearing identification number ACT 9285 acquired 23.30 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240763.

255.     On March 3, 2017, a truck bearing identification number RKT 404 acquired 23.60 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240977.

256.     On March 3, 2017, a truck bearing identification number RKT 220 acquired 23.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 241780.

257.     On March 3, 2017, a truck bearing identification number HTC 5000 acquired 23.09 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240140.

258.     On March 3, 2017, a truck bearing identification number 3PT 20X acquired 23.35 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240168.

259.     On March 3, 2017, a truck bearing identification number RKT 47 acquired 23.57 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 241039.

260.     On March 3, 2017, a truck bearing identification number 3PT acquired 22.96 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 241652.

261.    On March 3, 2017, a truck bearing identification number HTC 517 acquired 23.11 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240164.

262.    On March 3, 2017, a truck bearing identification number RKT 5107 acquired 23.07 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 240522.

263.    On March 3, 2017, a truck bearing identification number 3PT 1 acquired 24.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 241656

264.    On March 5, 2017, a truck bearing identification number RKT 176 acquired 22.99 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243299.

265.    On March 5, 2017, a truck bearing identification number RKT 174 acquired 23.14 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243269.

266.    On March 5, 2017, a truck bearing identification number 3PT 260 acquired 22.99 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243694.

267.     On March 5, 2017, a truck bearing identification number RKT 674 acquired 23.60 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243956.

268.     On March 5, 2017, a truck bearing identification number 3PT 1 acquired 23.98 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243472.

269.     On March 5, 2017, a truck bearing identification number HTC 210500 acquired 23.51 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243522.

270.     On March 5, 2017, a truck bearing identification number ACT 9286 acquired 23.08 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243529.

271.     On March 5, 2017, a truck bearing identification number RKT 404 acquired 23.59 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243953.

272.     On March 5, 2017, a truck bearing identification number 3PT 927 acquired 23.07 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243649.

273.     On March 5, 2017, a truck bearing identification number RKT 176 acquired 23.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243920.

274.     On March 5, 2017, a truck bearing identification number ACT 9286 acquired 23.05 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244071.

275.     On March 5, 2017, a truck bearing identification number RKT 309 acquired 23.56 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243335.

276.     On March 5, 2017, a truck bearing identification number RKT 716 acquired 22.97 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243637.

277.     On March 5, 2017, a truck bearing identification number RKT 163 acquired 23.05 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243673.

278.     On March 5, 2017, a truck bearing identification number RKT 309 acquired 23.51 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243919.

279.      On March 5, 2017, a truck bearing identification number HTC 210500 acquired 22.97 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244075.

280.      On March 5, 2017, a truck bearing identification number RKT 220 acquired 22.98 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244084.

281.      On March 5, 2017, a truck bearing identification number HTC 5000 acquired 23.64 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243483.

282.      On March 5, 2017, a truck bearing identification number HTC 4000 acquired 232.99 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243510.

283.      On March 5, 2017, a truck bearing identification number HTC 4000 acquired 23.11 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244064.

284.      On March 5, 2017, a truck bearing identification number 3PT 879 acquired 23.26 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127556.

285.     On March 5, 2017, a truck bearing identification number JHJ 517 acquired 23.07 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243607.

286.     On March 5, 2017, a truck bearing identification number ACT 9284 acquired 23.32 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243659.

287.     On March 5, 2017, a truck bearing identification number RKT 174 acquired 23.09 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243915.

288.     On March 5, 2017, a truck bearing identification number 3PT 1 acquired 23.55 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244059.

289.     On March 5, 2017, a truck bearing identification number HRT 5000 acquired 23.06 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244069.

290.     On March 5, 2017, a truck bearing identification number HTC 517 acquired 23.03 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244086.

291.    On March 5, 2017, a truck bearing identification number RKT 163 acquired 22.98 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 3127558.

292.    On March 5, 2017, a truck bearing identification number RKT 220 acquired 23.04 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243479.

293.    On March 5, 2017, a truck bearing identification number 3PT 20 acquired 23.12 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243596.

294.    On March 5, 2017, a truck bearing identification number ACT 9285 acquired 23.27 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 243643.

295.    On March 6, 2017, a truck bearing identification number ACT 9285 acquired 23.28 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 24414.

296.    On March 6, 2017, a truck bearing identification number ACT 9284 acquired 23.32 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244115.

297.     On March 6, 2017, a truck bearing identification number RKT 716 acquired 22.96 tons of sand and delivered it to Python.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 244122.

298.     On March 6, 2017, a truck with an unknown identification number acquired 22.11 tons of sand and delivered it to RockPile Energy ("RockPile").  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 246347.

299.     On March 6, 2017, a truck with an unknown identification number acquired 18.62 tons of sand and delivered it to RockPile.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 246346.

300.     On March 6, 2017, a truck with an unknown identification number acquired 22.11 tons of sand and delivered it to RockPile.  Upon information and belief, the theft of this sand was initiated via a fraudulent wire transmission that originated immediately prior to the pick-up of the sand and resulted in the generation of fraudulent BL 246270.

### The RockPile Sand Theft

301.     A total of three separate orders of Unimin's sand, comprised of 62.84 tons, were fraudulently acquired by the Defendants and delivered to RockPile (collectively, the "RockPile Sand").

302.     RockPile did not have an open PO with Unimin when the fraud was perpetrated.

303.     On information and belief, one or more of the Nexus Defendants marketed the Unimin sand to Trilogy, which marketed it to Manticore.

304.     On information and belief, Manticore marketed it to RockPile, one of its existing

customers.

305.   On information and belief, RockPile was invoiced by Manticore, which may or may not have received payment from RockPile.

306.   On information and belief, Manticore was invoiced by Trilogy and paid Trilogy by wire transfer.

307.   Trilogy may or may not have paid Nexus.

308.   On information and belief, Manticore purchased the RockPile Sand from Trilogy, which purchased it from Nexus.

309.   On information and belief, Manticore arranged for the pickup of the Unimin sand at Unimin's terminal.

310.   On information and belief, Trilogy provided to Manticore, via text message, the ill-gotten PO used to acquire the RockPile Sand from Unimin's terminal.

311.   On information and belief, the Nexus Defendants provided Trilogy with the PO's used to perpetrate the RockPile Sand thefts.

312.   The RockPile Sand thefts were perpetrated using information contained in Unimin's files, including PO's, which Nexus, Trilogy, and Manticore had no lawful right to use or possess.

313.   The delivery location(s) for the RockPile Sand are unknown.

314.   RockPile had not paid any Defendant for the RockPile Sand when the Defendants' scheme was discovered by Unimin.

315.   Once the scheme was discovered, Unimin invoiced RockPile for the RockPile Sand.

316.   RockPile ultimately paid Unimin for the RockPile Sand, in full.

317.   The RockPile Sand thefts were arranged and perpetrated by the Defendants via

interstate use of the internet, email, facsimile transmissions, the United States Mail, telephones, and/or other wires of the United States in violation of 18 U.S.C. § 1341 (mail fraud) and § 1343 (wire fraud).

318.     Payments made by and between the Defendants as a result of the RockPile Sand thefts were made across state lines in violation of 18 U.S.C. §§ 1343, 2314, and 2315.

319.     In the event the RockPile Sand was transported outside the State of Texas, the transport of the sand constitutes a separate violation of 18 U.S.C. § 2314.

320.     In the event the RockPile Sand was transported outside the State of Texas, the transport of the sand constitutes a separate violation of 18 U.S.C. § 2315.

321.     The information used to perpetrate the RockPile Sand thefts constitute trade secrets of Unimin, and the unlawful acquisition and use of the information by the Defendants to carry out their fraudulent scheme constitutes a violation of 18 U.S.C. § 1832.

**The Python Sand Theft**

322.     A total of 150 separate orders of Unimin's sand, comprised of 1,230.87 tons, were fraudulently acquired by the Defendants and delivered to Python using information contained in Unimin's files, including PO's (collectively, the "Python Sand").

323.     Python did not have an open PO with Unimin when the fraud was perpetrated.

324.     On information and belief, one or more of the Trilogy Defendants contacted Python and offered to broker a sale of Unimin sand.

325.     On information and belief, Trilogy and Python entered into an agreement whereby Python purchased 3200 tons of sand at a cost of $91.50 per ton.

326.     On information and belief, Nexus supplied Trilogy, and Trilogy supplied Python with the PO's to be used to obtain the Python Sand at Unimin's facility.

327.     Trilogy, Python, or another entity, arranged to have the Python Sand picked up at

Unimin's facility and delivered to Python's location.

328.     The delivery location(s) for the Python Sand are unknown.

329.     On information and belief, on February 21, 2017, Trilogy and Nexus entered into a bill of sale for 3200 tons of 40/70 frac sand.

330.     On information and belief, the bill of sale was signed by Short for Trilogy and Toney for Nexus.

331.     On information and belief, on February 21, 2017, via email, Trilogy sent Python Invoice No. 02212017-PYTH for 3,200 tons of 40/70 frac sand at a total cost of $292,800.00.

332.     On information and belief, on February 21, 2017, via email, Trilogy sent Nexus a Purchase Order numbered 02212017 for 3,200 tons of 40/70 frac sand at a total cost of $262,400.00.

333.     On information and belief, on February 22, 2017, Python had its bank in Ada, Oklahoma, wire Trilogy $146,000.00 as partial payment for the Python Sand.

334.     On information and belief, on March 1, 2017, Python had its bank in Ada, Oklahoma, wire Trilogy the remaining $146,000.00 as a final payment for the Python Sand.

335.     On information and belief, Trilogy purchased the Python Sand from Nexus.

336.      On information and belief, Trilogy arranged for the pick-up of the Unimin sand at Unimin's Odessa, TX terminal.

337.     On information and belief, Trilogy provided the truck driver with information contained in the PO's issued to Unimin that Trilogy had no lawful right to use or possess.

338.     On information and belief, Nexus provided Trilogy with information contained in the PO's that Trilogy had no lawful right to use or possess.

339.     On information and belief, Manticore was not involved in the Python Sand thefts.

340.     The Python Sand thefts were arranged and perpetrated by the Defendants via

interstate use of internet, email, facsimile transmissions, the United States Mail, telephones, and/or other wires of the United States in violation of 18 U.S.C. § 1341 (mail fraud) and § 1343 (wire fraud).

341.    Payments made by and between the Defendants as a result of the Python Sand thefts were made across state lines in violation of 18 U.S.C. §§ 1343, 1957, 2314, and 2315.

342.    In the event the Python Sand was transported outside the State of Texas, the transport of the sand constitutes a separate violation of 18 U.S.C. § 2314.

343.    In the event the Python Sand was transported outside the State of Texas, the transport of the sand constitutes a separate violation of 18 U.S.C. § 2315.

344.    The information used to perpetrate the Python Sand thefts constitute trade secrets of Unimin, and the unlawful acquisition and use of the PO's by the defendants to carry out their fraudulent scheme constitutes a violation of 18 U.S.C. § 1832.

**The Propetro Sand Theft**

345.    A total of 52 separate orders of Unimin's sand, comprised of 3,494.31 tons, were fraudulently acquired by the Defendants and delivered to Propetro using the information in Unimin's files, including PO's (collectively, the "Propetro Sand").

346.    Unlike Python and RockPile, Propetro was an active customer of Unimin at the time of the thefts.

347.    Propetro had an open PO with Unimin, but the Propetro Sand orders made the subject of this Complaint were not placed by Propetro under its PO with Unimin, but rather some or all were placed by Propetro with Manticore.

348.    On information and belief, Manticore marketed some or all of the sand involved in the Propetro Sand thefts to Propetro and agreed to sell it to Propetro.

349.    On information and belief, Propetro agreed to purchase some or all of the

Propetro Sand from Manticore, in the mistaken belief that such purchases were in addition to the volume of sand to be purchased by Propetro from Unimin under its actual PO.

350.    On information and belief, Manticore purchased some or all of the Propetro Sand from Trilogy.

351.    On information and belief, Trilogy purchased the Propetro Sand from Nexus.

352.    On information and belief, Manticore arranged for the pickup of the Unimin sand at Unimin's Odessa, TX terminal based on information contained in PO's issued to Unimin, which Manticore had no lawful right to use or possess.

353.    On information and belief, Trilogy provided Manticore with information, including PO's, that Trilogy had no lawful right to use or possess.

354.    On information and belief, Nexus provided Trilogy with information contained in PO's that Nexus had no lawful right to use or possess.

355.    Propetro had not paid any Defendant for the Propetro Sand when the Defendants' scheme was discovered by Unimin.

356.    Once the scheme was discovered, Unimin invoiced Propetro for the Propetro Sand.

357.    Propetro paid Unimin for the Propetro Sand, in full.

358.    The Propetro Sand thefts were arranged and perpetrated by the Defendants via interstate use of the internet, email, facsimile transmissions, the United States Mail, telephones, and/or other wires of the United States in violation of 18 U.S.C. § 1341 (mail fraud) and § 1343 (wire fraud).

359.    Payments made by and between the Defendants as a result of the Propetro Sand thefts were made across state lines in violation of 18 U.S.C. §§ 1343, 1957, 2314, and 2315.

360.    In the event the Propetro Sand was transported outside the State of Texas, the

transport of the sand constitutes a separate violation of 18 U.S.C. § 2314.

361.    In the event the Propetro Sand was transported outside the State of Texas, the transport of the sand constitutes a separate violation of 18 U.S.C. § 2315.

362.    The information used to perpetrate the Propetro Sand thefts constitute trade secrets of Unimin, and the unlawful acquisition and use of the PO's by the defendants to carry out their fraudulent scheme constitutes a violation of 18 U.S.C. § 1832.

**Unknown Wire and/or Mail Fraud Predicate Acts**

363.    Upon information and belief, in addition to the multitude of predicate acts outlined above, Defendants had multiple communications via wire or mail to perpetuate such an orchestrated scheme.

364.    Each of those communications was in furtherance of Defendants' criminal racketeering activity.

365.    Because the Trilogy Defendants are located in Louisiana, Manticore is located in Texas, and the Nexus Defendants are located in California, the communications were interstate communications.

366.    Each of those communications are in violation of either 18 U.S.C. §§ 1341 or 1343, or both, and constitute predicate acts.

367.    Unimin is not yet privy to the details regarding the communications used to by Defendants to perpetuate their fraudulent scheme.

368.    Unimin reserves the right to amend its Complaint once the communications in furtherance of Defendants' racketeering scheme are known.

**Unimin's Damages**

369.    In all, Unimin lost sand valued at a minimum of $75,000.00 as a result of the thefts described herein.

370.     Unimin may prove other damages at trial.

371.     Unimin has not been compensated for any of the losses described herein.

**The Scheme Is Not Limited to Unimin**

372.     Unimin is not the only victim of this scheme.

373.     In fact, the scheme described herein was recently featured in the oil and gas industry trade publication, INFILL THINKING, in an article entitled *Frac Sand Bandits Are Selling Stolen Permian Truckloads On the Black Market*.   A true and correct copy of this article is attached as Exhibit A to the original Complaint (R. Doc. 1).

374.     On information and belief, other industrial minerals producers have had proppant stolen or attempted to be stolen from their facilities in or near Odessa, TX.

375.     The persons involved in the thefts from those entities are the same persons involved in the thefts from Unimin.

376.     The thefts were perpetrated in the same manner, i.e., fraudulently obtaining and using active customer information to acquire proppant and sell it to an unsuspecting end user.

377.     The most recent attempt to acquire sand in this manner occurred during the third week of April, 2017.

378.     The facts alleged herein strongly suggest a broad-sweeping scheme involving multiple parties in multiple states.

379.     There is no evidence suggesting this scheme has ended.

380.     The threats posed by the scheme to Unimin and those similarly situated are ongoing.

**<u>COUNT I – RICO Section 1962(c)</u>**

381.     The allegations of paragraphs 1 through 380 are incorporated herein by reference.

382.     The Defendants form an enterprise engaged in and whose activities affect

interstate commerce.

383.     The Defendants are employed by or associated with the enterprise.

384.     The Defendants agreed to and did conduct and participate in the conduct of the enterprise's affairs through a pattern of racketeering activity and for the unlawful purpose of intentionally defrauding Unimin and others similarly situated.

385.     The Defendants falsely represented to end users in the marketplace that they had access to and could sell proppant owned by Unimin.

386.     The Defendants entered into sale agreements with end users for Unimin proppant.

387.     The Defendants surreptitiously acquired active Unimin PO's.

388.     The Defendants provided those PO's to the end users and/or trucking companies, which allowed them to illegally procure sand from Unimin's facility.

389.     The Defendants were paid for the sand but did not remit payment to Unimin.

390.     The Defendants repeatedly violated 18 U.S.C. §§ 1341, 1343, 2314, 2315, 1957, and 1832.

391.     Pursuant to and in furtherance of their fraudulent scheme, the Defendants committed multiple related acts of theft and conversion of Unimin property, utilizing the wires of the United States to perpetrate the scheme.

392.     The acts set forth above constitute a pattern of racketeering activity pursuant to 18 U.S.C. § 1961(5).

393.     The Defendants have directly and indirectly conducted and participated in the conduct of the enterprise's affairs through the pattern of racketeering and activity described above, in violation of 18 U.S.C. § 1962(c).

394.     As a direct and proximate result of the Defendants' racketeering activities and violations of 18 U.S.C. § 1962(c), Unimin has been injured in its business and property.

## COUNT II – RICO Section 1962(a)

395.     The allegations of paragraphs 1 through 394 are incorporated herein by reference.

396.     The Defendants form an enterprise engaged in and whose activities affect interstate commerce.

397.     The Defendants used and invested income that was derived from a pattern of racketeering activity in an interstate enterprise.

398.     Specifically, the Defendants received payments for Unimin sand made by Python and RockPile, but the Defendants did not pay Unimin any amount.

399.     The repeated theft of Unimin's sand and the payments therefor, as described above, constitutes a pattern of racketeering activity pursuant to 18 U.S.C. § 1961(5).

400.     The Defendants repeatedly violated 18 U.S.C. §§ 1341, 1343, 2314, 2315, 1957, and 1832.

401.     As a direct and proximate result of the Defendants racketeering activities and violations of 18 U.S.C. § 1962(a), Unimin has been injured in its business and property.

## COUNT IV – RICO Section 1962(d)

402.     The allegations of paragraphs 1 through 401 are incorporated herein by reference.

403.     The Defendants form an enterprise engaged in and whose activities affect interstate commerce.

404.     As set forth above, the Defendants agreed and conspired to violate 18 U.S.C. §§ 1962(a) and (c).

405.     The Defendants have intentionally conspired and agreed to directly and indirectly use or invest income that is derived from a pattern of racketeering activity in an interstate enterprise, acquire or maintain interests in the enterprise through a pattern of racketeering activity, and conduct and participate in the conduct of the affairs of the enterprise through a pattern of

racketeering activity.

406.     The Defendants repeatedly violated 18 U.S.C. §§ 1341, 1343, 2315, 1957, and 1832.

407.     The Defendants knew that their predicate acts were part of a pattern of racketeering activity and agreed to the commission of those acts to further the schemes described above.

408.     That conduct constitutes a conspiracy to violate 18 U.S.C. §§ 1962(a) and (c), and, therefore a violation of 18 U.S.C. § 1962(d).

409.     As a direct and proximate result of the Defendants' conspiracy, the overt acts taken in furtherance of that conspiracy, and violations of 18 U.S.C. § 1962(d), Unimin has been injured in its business and property.

## COUNT V – Louisiana State Law Fraud & Conversion

410.     The allegations of paragraphs 1 through 409 are incorporated herein by reference.

411.     As set forth above, the Defendants agreed and conspired to defraud Unimin and convert its property.

412.     "Fraud is a misrepresentation or a suppression of the truth made with the intention either to obtain an unjust advantage for one party or to cause a loss or inconvenience to the other. Fraud may also result from silence or inaction."  La. C.C. art. 1953.

413.     Conversion involves the exertion of dominion over personal property and consists of an act or acts in derogation of another's possessory rights and any wrongful exercise or assumption of authority over another's goods, depriving him or her of possession either permanently or for an indefinite time.

414.     The Defendants intentionally misrepresented or suppressed the truth by utilizing illegally acquired information to unlawfully acquire possession of and sell Unimin's sand and by

not compensating Unimin therefor.

415.    These actions were taken with the intent to obtain an unjust advantage or to cause damage to Unimin.

416.    These actions were taken with the intent to obtain and exert dominion over Unimin's property.

417.    These actions constitute fraud and conversion.

418.    The Defendants' fraud and conversion caused damage to Unimin.

### COUNT VI – The Louisiana Racketeering Act

419.    The allegations of paragraphs 1 through 418 are incorporated herein by reference.

420.    The allegations set forth above also constitute a violation of the Louisiana Racketeering Act, La. R.S. § 15:1351, *et seq*. (the "LRA").

421.    The Defendants collectively form an enterprise whose conduct constitutes a pattern of racketeering activity under the LRA.

422.    Specifically, the Defendants conspired to and repeatedly violated La. R.S. § 14:67, which defines and proscribes the criminal penalties for theft.

423.    The activity prohibited by La. R.S. § 14:67 is an enumerated form of "racketeering activity" under the LRA at § 15:1352 A (10).

424.    As a direct and proximate result of the Defendants' conspiracy, the overt acts taken in furtherance of that conspiracy, and violations of La. R.S. § 15:1353 A, B, C, and D, Unimin has been injured in its business and property.

**WHEREFORE**, Plaintiff, Unimin Corporation, prays that this Complaint be deemed good and sufficient and that, after due proceedings had, there be judgment rendered in its favor on all counts enumerated above, finding Defendants, Nexus Energy Power Group, Inc., Trilogy Mining and Development, LLC, Joey Short, Gordon Rice, David Leachman, Anthony Toney, and Zhemin

Wang, solidarily liable for all actual damages, treble damages, statutory damages, attorney's fees, costs, interest, and for all other relief, including general and equitable relief, to which it is entitled in the premises.

Respectfully submitted:

*/s/Brodie G. Glenn*
**DAVID L. CARRIGEE, T.A. (#3892)**
**LARRY E. MOBLEY (#29990)**
**BRODIE G. GLENN (#33152)**
**BALDWIN HASPEL BURKE & MAYER, LLC**
1100 Poydras Street, Suite 3600
New Orleans, LA  70163
Phone: (504) 569-2900 – Fax: (504) 569-2099
dcarrigee@bhbmlaw.com
lmobley@bhbmlaw.com
bglenn@bhbmlaw.com

***Attorneys for Plaintiff, Unimin Corporation***