UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNIMIN CORPORATION | * | CIVIL ACTION NO.: 6:17-CV-00667 |
| | * | |
| Plaintiff, | * | |
| | * | DISTRICT JUDGE: |
| v. | * | ROBERT R. SUMMERHAYS |
| | * | |
| TRILOGY MINING AND | * | |
| DEVELOPMENT, LLC, ET AL. | * | MAGISTRATE JUDGE: |
| | * | CAROL B. WHITEHURST |
| Defendants. | * | |

## JOINT MOTION TO DISMISS, WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, come all parties that have appeared in this action, Plaintiff Unimin Corporation ("Unimin"), and Defendants Trilogy Mining and Development, LLC, Gordon Rice, Joey Short, and David Leachman, and pursuant to FRCP 41, jointly pray for dismissal without prejudice of this action in its entirety, including the principal and incidental demands, with each party to bear its own costs.

Defaults in favor of Unimin and against Defendants Nexus Energy Power Group, Inc., Anthony Toney, and Zhemin Wang aka Benjamin Wang, were entered on June 30, 2017. R.Docs. 19-21. Default Judgments were never rendered, and these Defendants never appeared in the case.

Respectfully submitted:

DAVID L. CARRIGEE, T.A. (#3892)
LARRY E. MOBLEY (#29990)
BRODIE G. GLENN (#33152)
BALDWIN HASPEL BURKE & MAYER, LLC
1100 Poydras Street, Suite 3600

Respectfully submitted:

RUSTY M. MESSER (#30634), T.A.
ASHLY VAN EARL (#29167)
8211 Summa Ave., Suite H
Baton Rouge, LA 70809
Telephone: (225) 687-1111

1287940

1

New Orleans, LA 70163
Phone: (504) 569-2900 – Fax: (504) 569-2099
dcarrigee@bhbmlaw.com
lmobley@bhbmlaw.com
bglenn@bhbmlaw.com
**Attorneys for Plaintiff, Unimin Corporation**

Facsimile: (225) 384-6762
rusty@messerfirm.com
ashlyearl@hotmail.com
**Attorneys for Defendants, Trilogy Mining and Development, LLC, Joey Short, Gordon Rice, and David Leachman**

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ *[signature]*

1287940

2