# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **UNIMIN CORPORATION** | **CIVIL ACTION NO.: 6:17-CV-00667** |
| *Plaintiff,* | |
| **v.** | **DISTRICT JUDGE:** **ROBERT R. SUMMERHAYS** |
| **TRILOGY MINING AND DEVELOPMENT, LLC, ET AL.** | **MAGISTRATE JUDGE:** **CAROL B. WHITEHURST** |
| *Defendants.* | |

## JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

Considering the foregoing *Joint Motion to Dismiss Without Prejudice*, filed by Plaintiff, Unimin Corporation, and Defendants, Trilogy Mining and Development, LLC, Gordon Rice, Joey Short, and David Leachman, it is hereby ordered, adjudged, and decreed that said Motion is **GRANTED**, and this action is hereby dismissed without prejudice, in its entirety, including the principal and incidental demands, with each party to bear its own costs.

Signed this 13th day of ___March___, 2019, in Lafayette, Louisiana.

HON. ROBERT R. SUMMERHAYS